# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00354-JAD-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 10 |
| HARRY VARGAS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Motion Hearing currently scheduled on October 29, 2019 at 3:30 p.m., be vacated and continued to October 30, 2019, at 12:00 p.m.

DATED this 23rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE